**ROBERT C. NISENSON, L.L.C.**
10 Auer Court
East Brunswick, NJ 08816
(732) 238-8777
Attorneys for Debtor
Robert C. Nisenson, Esq.
RCN 6680

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In the Matter of | : | Case: 25-21342-VFP |
| | : | |
| Jonothan Foreman | : | Chapter 13 |
| | : | |
| | : | **AMENDED CERTIFICATION IN SUPPORT** |
| Debtor. | : | **OF MOTION TO CONTINUE STAY** |
| | : | |
| | : | |

I, Jonothan Foreman, upon our oath according to law, hereby certifies as follows:

1.I am the Debtor in the above captioned matter and are fully familiar with the facts of this matter. I submit this Certification in support of Debtor's Motion to Continue the Automatic Stay.

2.On October 24, 2025, the Debtor filed this bankruptcy case under Chapter 13 of the United States Bankruptcy Code.

3.The Debtor previously filed for Chapter 13 on August 2, 2022.

4.The Debtor's prior case was dismissed on April 23, 2025 because the Debtor did not file a modified plan by 4/17/2025. My prior attorney did not advise me that the case was being dismissed.

5.The Debtor has filed this bankruptcy case in an attempt to resolve all issues with the Trustee and the Secured Creditor to allow him to sell his home.

6.       The Debtor is under contract to sell his home which is subject to bank approval.

7.       This case was filed in good faith and there has been a substantial change in circumstances.

8.       There is no prejudice to any Creditors.

9.       The Debtor hereby requests that the Debtors' Motion to Continue the stay be immediately granted.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: November 4, 2025                              /s/ Jonothan Foreman
                                                                                 Jonothan Foreman