| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2 (c)**<br><br>In the Matter of<br>Robert C. Nisenson, LLC<br>10 Auer Court<br>East Brunswick, New Jersey 08816<br>Attorney for Debtor<br>(732) 238-8777<br>Robert C. Nisenson<br>RCN 6680 | Order Filed on December 1, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| Jonothan Foreman<br><br>                Debtor. | Case No.: 25-21342<br><br>Hearing Date:<br><br>Judge: VFP |

## ORDER TO CONTINUE BANKRUPTCY STAY

The relief set forth on the following page is hereby **ORDERED.**

**DATED: December 1, 2025**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

This matter having been opened to the Court by Robert C. Nisenson, Esq., of the Law firm of Robert C. Nisenson, L.L.C., attorneys for Debtor, upon application for an Order to Continue Stay and the Court having considered all supporting and opposing papers, if any, and good cause appearing for the entry of this Order;

It is on the _____ day of _____, 2025;

**ORDERED** that the continue stay shall continue with respect to all legal proceeding against the Debtors and stay all foreclosure sales asto all creditors and other parties in interest served with the Motion and this Order; and it is further

**ORDERED** that a copy of this Order shall be served upon all parties within __3___ days of the date hereof.