| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Robert C. Nisenson, Esq.<br>10 Auer Court<br>East Brunswick, NJ 08816<br>(732) 238-8777<br>RCN 6680<br>Attorney for Debtor | |
|---|---|
| In re:<br><br>**Jonothan Foreman**<br><br>**Debtor.** | Case No.:    **25-21342**<br><br>Chapter:    **13**<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge:    **VFP** |

## CERTIFICATION OF SERVICE

1. I, **Alicia Colon**              :

    ☐ represent ___ in the this matter.

    ☒ am the secretary/paralegal for **Robert C. Nisenson, Esq.**         , who represents **the Debtor**         in the this matter.

    ☐ am the ___ in the this case and am representing myself.

2. On **December 2, 2025**, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    Signed Order to Continue Bankruptcy Stay and all moving papers.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: **December 2, 2025**                                    **/s/ Alicia Colon**
                                                                               Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|

| Name and Address | Role | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg, Trustee<br>Standing Chapter 13 Trustee<br>30 Two Bridge Road<br>Fairfield, NJ  07004-1550 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other __<br>(as authorized by the court *) |
| Denise Carlon, Esq.<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA  19106<br>Attorney for Creditor | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other __<br>(as authorized by the court *) |
| Deutsche Bank National Trust Company,<br>c/o Select Portfolio<br>P.O. Box 65250<br>Salt Lake City, UT  84165-0250 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other __<br>(as authorized by the court *) |
| State of New Jersey<br>P.O. Box 245<br>Trenton, NJ  08695 | Priority Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other __<br>(as authorized by the court *) |
| Deferit Inc.<br>780 3rd Avenue<br>New York, NY  10017-2024 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other __<br>(as authorized by the court *) |
| Pinnacle Credit Services, LLC<br>c/o Resurgent Capital Service<br>P.O. Box 10587<br>Greenville, SC  29603-0587 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other __<br>(as authorized by the court *) |
| Jonothan Foreman<br>24 Mountain Avenue<br>West Orange, NJ 07052 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other __<br>(as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☒ Regular mail |

| | | |
|---|---|---|
| | | ☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>  (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>  (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>  (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>  (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>  (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>  (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>  (as authorized by the court * |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*rev. 8/1/15*