Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 25−21342−VFP
          Chapter: 13
          Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Jonothan Foreman
    aka Jonothan David Foreman
    24 Mountain Avenue
    West Orange, NJ 07052

Social Security No.:
    xxx−xx−7013

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:          1/15/26
Time:         08:30 AM
Location:    Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: December 5, 2025
JAN: mlc

                                            Jeanne Naughton
                                            Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-21342-VFP |
| Jonothan Foreman | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 05, 2025 | Form ID: 132 | Total Noticed: 9 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jonothan Foreman, 24 Mountain Avenue, West Orange, NJ 07052-5033 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 05 2025 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 05 2025 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520859796 | | Email/Text: backoffice.us@deferit.com | Dec 05 2025 20:43:00 | Deferit Inc, Attn: Bankruptcy/Legal, PO Box 3511, New York, NY 10008-3506 |
| 520859795 | | Email/Text: backoffice.us@deferit.com | Dec 05 2025 20:43:00 | Deferit Inc, 780 3rd Ave, New York, NY 10017-2024 |
| 520859797 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 05 2025 20:44:00 | Deutsche Bank National Trust Company, at, C/O Select Portfolio Servicing, Inc, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 520862901 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 05 2025 21:00:57 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520859798 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 05 2025 21:01:18 | Pinnacle Credit Services, LLC, C/O Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520859799 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Dec 05 2025 20:42:00 | State of New Jersey, PO Box 245, Trenton, NJ 08695 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520859800 | | State of New Jersey |
| 520890805 | | State of New Jersey |
| 520890801 | *P++ | DEFERIT, PO BOX 3511, NEW YORK NY 10008-3506, address filed with court:, Deferit Inc, Attn: Bankruptcy/Legal, PO Box 3511, New York, NY 10008-3506 |
| 520890800 | *P++ | DEFERIT INC, PO BOX 4579, NEW YORK NY 10163-4579, address filed with court:, Deferit Inc, 780 3rd Ave, New York, NY 10017-2024 |
| 520890802 | * | Deutsche Bank National Trust Company, at, C/O Select Portfolio Servicing, Inc, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 520890803 | * | Pinnacle Credit Services, LLC, C/O Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520890804 | *P++ | STATE OF NEW JERSEY DIVISION OF TAXATION, ATTN BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ |

08695-0245, address filed with court:, State of New Jersey, PO Box 245, Trenton, NJ 08695

TOTAL: 2 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH3 Asset Backed Pass-Through Certificates, Series 2007-CH3 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Robert C. Nisenson | on behalf of Debtor Jonothan Foreman r.nisenson@rcn-law.com doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4