ROBERT C. NISENSON
ROBERT C. NISENSON, LLC
10 AUER COURT
SUITE E
EAST BRUNSWICK, NJ  08816

Re:    JONOTHAN FOREMAN
    24 MOUNTAIN AVENUE
    WEST ORANGE,  NJ  07052

Atty:    ROBERT C. NISENSON
    ROBERT C. NISENSON, LLC
    10 AUER COURT
    SUITE E
    EAST BRUNSWICK, NJ  08816

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2026
#### Chapter 13 Case # 25-21342

### RECEIPTS AS OF 01/15/2026     (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|------|--------|---------------------|------|--------|---------------------|
| 12/08/2025 | $200.00 | | 01/07/2026 | $200.00 | |

**Total Receipts: $400.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan: $400.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2026     (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---------|---------------|-------|--------------:|-------------------:|-----:|-----------------:|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 24.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | DEFERIT INC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0003 | SELECT PORTFOLIO SERVICING INC | (NEW) Prepetition / | 279,814.15 | 100.00% | 0.00 | 0.00 |
| 0004 | RESURGENT CAPITAL SERVICES | UNSECURED | 1,279.74 | 0.00% | 0.00 | 0.00 |
| 0005 | STATE OF NEW JERSEY | PRIORITY | 1,584.31 | 100.00% | 0.00 | 0.00 |
| 0006 | STATE OF NEW JERSEY | UNSECURED | 2,499.72 | 0.00% | 0.00 | 0.00 |
| 0007 | STATE OF NEW JERSEY | SECURED | 12,935.27 | 100.00% | 0.00 | 0.00 |

**Total Paid:  $24.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 16, 2026.

Receipts: $400.00   -   Paid to Claims: $0.00   -   Admin Costs Paid: $24.00   =   Funds on Hand: $376.00

**Chapter 13 Case # 25-21342**

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER
VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.