Order Filed on March 16, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

JENNIFER DAVENPORT
Attorney General of New Jersey
R.J. Hughes Justice Complex
25 W. Market Street
P.O. Box 106
Trenton, New Jersey 08625
Attorney for State of New Jersey,
 Division of Taxation

In Re:

Jonothan Foreman,

   Debtor.

Case No. 25-21342-VFP

Chapter 13

Hearing Date: March 19, 2026

Hon. Stacey L. Meisel, U.S.B.J.

## CONSENT ORDER MODIFYING DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 16, 2026**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

**Page 2**
Debtor: Jonothan Foreman
Case No.: 25-21342-VFP
Caption of Order: CONSENT ORDER MODIFYING DEBTOR'S CHAPTER 13 PLAN

This matter having been presented to the Court by Debtor Jonothan Foreman ("Debtor"), by and through Debtor's counsel, Robert C. Nisenson, LLC (Robert C. Nisenson, Esq., appearing) and in agreement with the State of New Jersey, Division of Taxation ("Taxation") by and through its counsel, Jennifer Davenport, Attorney General of New Jersey (Timothy M. Kawira, Deputy Attorney General, appearing), regarding Taxation's claim and its treatment through Debtor's Plan, and good and sufficient cause appearing for the entry of the within Order;

(1)   IT IS HEREBY ORDERED THAT Taxation's amended Proof of Claim (Claim No. 2-2) filed on March 4, 2026, is hereby allowed as set forth below and treated as follows:

   a.  The secured portion of Taxation's claim is allowed in its entirety in the amount of $12,935.27.  Debtor's Plan is hereby amended to provide for full payment of the secured portion;

   b.  The general unsecured portion of Taxation's claim in the amount of $2,499.72, shall be treated pro rata with other general unsecured claims under Debtor's plan.

(2)   IT IS FURTHER ORDERED THAT if any provision of this Order conflicts with any other Order entered in this matter, including an order confirming Debtor's Chapter 13 Plan and/or discharge order, the provisions of this Order shall control.

CONSENTED AS TO FORM AND ENTRY:

Robert C. Nisenson, LLC
Attorneys for Debtor

_____
Robert C. Nisenson, Esq.

JENNIFER DAVENPORT
Attorney General of New Jersey

By:  /s/ Timothy M. Kawira, DAG
Timothy M. Kawira
Deputy Attorney General