UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

JENNIFER DAVENPORT
Attorney General of New Jersey
R.J. Hughes Justice Complex
25 W. Market Street
P.O. Box 106
Trenton, New Jersey 08625
Attorney for State of New Jersey,
 Division of Taxation

**Order Filed on March 16, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Jonothan Foreman,

   Debtor.

Case No. 25-21342-VFP

Chapter 13

Hearing Date: March 19, 2026

Hon. Stacey L. Meisel, U.S.B.J.

CONSENT ORDER MODIFYING DEBTOR'S CHAPTER 13 PLAN


The relief set forth on the following page is hereby **ORDERED**.


**DATED: March 16, 2026**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**Page 2**
Debtor: Jonothan Foreman
Case No.: 25-21342-VFP
Caption of Order: CONSENT ORDER MODIFYING DEBTOR'S CHAPTER 13 PLAN

This matter having been presented to the Court by Debtor Jonothan Foreman ("Debtor"), by and through Debtor's counsel, Robert C. Nisenson, LLC (Robert C. Nisenson, Esq., appearing) and in agreement with the State of New Jersey, Division of Taxation ("Taxation") by and through its counsel, Jennifer Davenport, Attorney General of New Jersey (Timothy M. Kawira, Deputy Attorney General, appearing), regarding Taxation's claim and its treatment through Debtor's Plan, and good and sufficient cause appearing for the entry of the within Order;

(1)   IT IS HEREBY ORDERED THAT Taxation's amended Proof of Claim (Claim No. 2-2) filed on March 4, 2026, is hereby allowed as set forth below and treated as follows:

   a.  The secured portion of Taxation's claim is allowed in its entirety in the amount of $12,935.27.  Debtor's Plan is hereby amended to provide for full payment of the secured portion;

   b.  The general unsecured portion of Taxation's claim in the amount of $2,499.72, shall be treated pro rata with other general unsecured claims under Debtor's plan.

(2)   IT IS FURTHER ORDERED THAT if any provision of this Order conflicts with any other Order entered in this matter, including an order confirming Debtor's Chapter 13 Plan and/or discharge order, the provisions of this Order shall control.

CONSENTED AS TO FORM AND ENTRY:

Robert C. Nisenson, LLC
Attorneys for Debtor

_____
Robert C. Nisenson, Esq.

JENNIFER DAVENPORT
Attorney General of New Jersey

By: _/s/ Timothy M. Kawira, DAG_
Timothy M. Kawira
Deputy Attorney General

United States Bankruptcy Court

District of New Jersey

In re:                                                                          Case No. 25-21342-VFP

Jonothan Foreman                                                      Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                       User: admin                            Page 1 of 2

Date Rcvd: Mar 16, 2026                Form ID: pdf903                   Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol         Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2026:**

**Recip ID            Recipient Name and Address**

db                    + Jonothan Foreman, 24 Mountain Avenue, West Orange, NJ 07052-5033

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2026                              Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH3 Asset Backed Pass-Through Certificates, Series 2007-CH3 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Robert C. Nisenson | on behalf of Debtor Jonothan Foreman r.nisenson@rcn-law.com doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com |
| Timothy Maganga Kawira | on behalf of Creditor Bankruptcy Unit new Jersey Division of Taxation timothy.kawira@law.njoag.gov |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-2                                    User: admin                                    Page 2 of 2
Date Rcvd: Mar 16, 2026                                 Form ID: pdf903                                 Total Noticed: 1

TOTAL: 5