

Order Filed on May 8, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

   JONOTHAN FOREMAN

**Case No.:  25-21342**

**Hearing Date:  05/07/2026**

**Judge:  VINCENT F. PAPALIA**

## ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: May 8, 2026**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

Debtor(s):  JONOTHAN FOREMAN

Case No.:  25-21342VFP

Caption of Order:  Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 05/07/2026 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 5/7/2026 of the plan filed on 11/20/2025, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 05/28/2026 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.