| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**Marie-Ann Greenberg MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** | |
| IN RE:<br>    JONOTHAN FOREMAN | |

**Order Filed on May 8, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

**Case No.:  25-21342**

**Hearing Date:  05/07/2026**

**Judge:  VINCENT F. PAPALIA**

### ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: May 8, 2026**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

Debtor(s):  JONOTHAN FOREMAN

Case No.:  25-21342VFP

Caption of Order:  Order Denying Confirmation

THIS MATTER having been scheduled before the Court on 05/07/2026 for a Hearing on Confirmation, and

good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 5/7/2026 of the plan filed on 11/20/2025, is

denied; and it is further

ORDERED, that the Debtor must file a modified plan by 05/28/2026 or the case will be dismissed; and it is

further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order

Dismissing the Case without further hearings.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 25-21342-VFP

Jonothan Foreman                                                          Chapter 13

        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                              User: admin                                   Page 1 of 2

Date Rcvd: May 08, 2026                       Form ID: pdf903                            Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol         Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2026:**

**Recip ID              Recipient Name and Address**
db                  +  Jonothan Foreman, 24 Mountain Avenue, West Orange, NJ 07052-5033

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2026 at the address(es) listed below:**

**Name                        Email Address**

Marie-Ann Greenberg
                            magecf@magtrustee.com

Matthew K. Fissel
                            on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, on behalf of the holders of the J.P. Morgan Mortgage
                            Acquisition Trust 2007-CH3 Asset Backed Pass-Through Certificates, Series 2007-CH3 bkgroup@kmllawgroup.com,
                            matthew.fissel@brockandscott.com

Robert C. Nisenson
                            on behalf of Debtor Jonothan Foreman r.nisenson@rcn-law.com
                            doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com

Timothy Maganga Kawira
                            on behalf of Creditor Bankruptcy Unit new Jersey Division of Taxation timothy.kawira@law.njoag.gov

U.S. Trustee
                            USTPRegion03.NE.ECF@usdoj.gov

District/off: 0312-2                          User: admin                                    Page 2 of 2
Date Rcvd: May 08, 2026                       Form ID: pdf903                                 Total Noticed: 1
TOTAL: 5