**ROBERT C.  NISENSON, L.L.C.**
10 Auer Court
East Brunswick, NJ 08816
 (732) 238-8777
Attorneys for Defendant
Robert C. Nisenson, Esq.
RCN 6680

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In the Matter of | : | Case:  25-21342 VFP |
| | : | Chapter 13 |
| Jonothan Foreman | : | |
| | : | |
| | : | |
| Debtors | : | |
| | : | |

## WITHDRAWAL OF MOTION TO SELL PROPERTY FREE AND CLEAR OF LIENS
## DOCUMENT #40

The Debtor hereby withdraws the Motion to Sell Property Free and Clear of Liens Document #40.

/s/ Robert C. Nisenson
ROBERT C. NISENSON

Dated: May 18, 2026