UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robert C. Nisenson, LLC
10 Auer Court
East Brunswick, NJ 08816
(732) 238-8777
(732) 238-8758 (fax)
RCN 6680

In Re:

JONOTHAN FOREMAN

Order Filed on June 12, 2026
by Clerk
**U.S. Bankruptcy Court
District of New Jersey**

Case No.: _____25-21342_____

Chapter: _____13_____

Judge: _____VFP_____

### ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: June 12, 2026**

Honorable Vincent F. Papalia
United States Bankruptcy Judge

After review of the application of _____ Jonothan Foreman _____ for the reduction of time for a hearing on _Notice of Motion to Reinstate Case_____

_____under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____ June 25, 2026 _____ at __10:00am__ in the United States Bankruptcy Court, _____ 50 Walnut Street, Newark, New Jersey _____ , Courtroom No. ___3B___ .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: _All Secured Creditors and their counsel, if known; Select Portfolio Servicing as lender and its counsel_

_if known_____

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☒ overnight mail,  ☐ regular mail,  ☒ email,  ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: _all other creditors or their counsel; the Chapter 13 Standing Trustee and any other party having_

_filed a Notice of Appearance in this case_____

by ☐ each, ☒ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☒ regular mail,  ☒ email,  ☐ hand delivery.

4. Service must be made:

☐ on the same day as the date of this order, or

☒ within ___1___ business day of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to

_____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

&boxtimes;  must be filed with the Court and served on all parties in interest by electronic or overnight mail

_____2_____ day(s) prior to the scheduled hearing; or

&square;  may be presented orally at the hearing.

8.   &boxtimes;  Court appearances are required to prosecute the motion/application and any objections.

&boxtimes;  Parties may request to appear by Zoom by contacting Chambers prior to the return date.

*rev.2/1/16*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 25-21342-VFP

Jonothan Foreman                                                                  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 12, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2026:**

**Recip ID**          **Recipient Name and Address**
db          + Jonothan Foreman, 24 Mountain Avenue, West Orange, NJ 07052-5033

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2026          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2026 at the address(es) listed below:**

**Name**          **Email Address**

Marie-Ann Greenberg
    magecf@magtrustee.com

Matthew K. Fissel
    on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH3 Asset Backed Pass-Through Certificates, Series 2007-CH3 bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

Robert C. Nisenson
    on behalf of Debtor Jonothan Foreman r.nisenson@rcn-law.com
doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com

Timothy Maganga Kawira
    on behalf of Creditor Bankruptcy Unit new Jersey Division of Taxation timothy.kawira@law.njoag.gov

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

District/off: 0312-2                          User: admin                                    Page 2 of 2
Date Rcvd: Jun 12, 2026                       Form ID: pdf903                                Total Noticed: 1
TOTAL: 5