Form ntcrics − ntcreincsv27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  25−21342−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Jonothan Foreman
    aka Jonothan David Foreman
    24 Mountain Avenue
    West Orange, NJ 07052

Social Security No.:
    xxx−xx−7013

Employer's Tax I.D. No.:

### NOTICE OF ENTRY OF ORDER VACATING DISMISSAL OF CASE

    Notice is hereby given that an order vacating dismissal of this case was entered on 6/25/26. The order may create new deadlines for filing of proofs of claim, complaints, and objections to exemptions, and may contain a new date for the hearing on confirmation of the Plan if this is a chapter 13 case.

    The order may be viewed at any District of New Jersey Bankruptcy Court Clerk's office, and is available for download at www.pacer.uscourts.gov.

Dated: June 25, 2026
JAN: gml

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                   Case No. 25-21342-VFP

Jonothan Foreman                                                                         Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                                          Page 1 of 2

Date Rcvd: Jun 25, 2026                       Form ID: ntcrics                                    Total Noticed: 13

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jonothan Foreman, 24 Mountain Avenue, West Orange, NJ 07052-5033 |
| cr | | Bankruptcy Unit new Jersey Division of Taxation, 50 Barrack Street, 9th Floor, P.O. Box 245, Trenton, NJ 08695-0267 |
| r | + | Lim Bances Realty, 24 Mountain Ave, West Orange, NJ 07052-5033 |
| 521227276 | + | Progressive Garden State Insurance Company, Law Offices of Jan Meyer, 1029 Teaneck Road, 2nd FLOOR, Teaneck, NJ 07666-4514 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 25 2026 21:07:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 25 2026 21:07:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520859795 | | Email/Text: backoffice.us@deferit.com | Jun 25 2026 21:07:00 | Deferit Inc, 780 3rd Ave, New York, NY 10017-2024 |
| 520859796 | | Email/Text: backoffice.us@deferit.com | Jun 25 2026 21:07:00 | Deferit Inc, Attn: Bankruptcy/Legal, PO Box 3511, New York, NY 10008-3506 |
| 520859797 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 25 2026 21:07:00 | Deutsche Bank National Trust Company, at, C/O Select Portfolio Servicing, Inc, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 520939099 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 25 2026 21:07:00 | Deutsche Bank National Trust Company, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 520862901 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 25 2026 21:14:32 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520859798 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 25 2026 21:14:32 | Pinnacle Credit Services, LLC, C/O Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520859799 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jun 25 2026 21:06:00 | State of New Jersey, PO Box 245, Trenton, NJ 08695 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520859800 | | State of New Jersey |
| 520890805 | | State of New Jersey |

District/off: 0312-2                          User: admin                                       Page 2 of 2

Date Rcvd: Jun 25, 2026                       Form ID: ntcrics                                  Total Noticed: 13

| 520890800 | *P++ | DEFERIT INC, PO BOX 4579, NEW YORK NY 10163-4579, address filed with court:, Deferit Inc, 780 3rd Ave, New York, NY 10017-2024 |
| 520890801 | *P++ | DEFERIT INC, PO BOX 4579, NEW YORK NY 10163-4579, address filed with court:, Deferit Inc, Attn: Bankruptcy/Legal, PO Box 3511, New York, NY 10008-3506 |
| 520890802 | * | Deutsche Bank National Trust Company, at, C/O Select Portfolio Servicing, Inc, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 520890803 | * | Pinnacle Credit Services, LLC, C/O Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520890804 | *P++ | STATE OF NEW JERSEY DIVISION OF TAXATION, ATTN BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08695-0245, address filed with court:, State of New Jersey, PO Box 245, Trenton, NJ 08695 |

TOTAL: 2 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2026                     Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH3 Asset Backed Pass-Through Certificates, Series 2007-CH3 bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Robert C. Nisenson | on behalf of Debtor Jonothan Foreman r.nisenson@rcn-law.com doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com |
| Timothy Maganga Kawira | on behalf of Creditor Bankruptcy Unit new Jersey Division of Taxation timothy.kawira@law.njoag.gov |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5