Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  25–21342–VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jonothan Foreman
   aka Jonothan David Foreman
   24 Mountain Avenue
   West Orange, NJ 07052

Social Security No.:
   xxx–xx–7013

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 8/6/26 at 10:00 AM

to consider and act upon the following:

*76* – Motion to Approve Loan Modification with Select Portfolio Servicing Filed by Robert C. Nisenson on behalf of Jonothan Foreman. Objection deadline is 07/15/2026. (Attachments: # 1 Proposed Order # 2 Certification # 3 Exhibit Loan Modification # 4 Certificate of Service) (Nisenson, Robert)

*78* – Objection to Motion to Approve Loan Modification (related document:76 Motion to Approve Loan Modification with Select Portfolio Servicing Filed by Robert C. Nisenson on behalf of Jonothan Foreman. Objection deadline is 07/15/2026. (Attachments: # 1 Proposed Order # 2 Certification # 3 Exhibit Loan Modification # 4 Certificate of Service) filed by Debtor Jonothan Foreman) filed by Marie–Ann Greenberg on behalf of Marie–Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie–Ann)

Dated: 7/2/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court