Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  25–21342–VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jonothan Foreman
aka Jonothan David Foreman
24 Mountain Avenue
West Orange, NJ 07052

Social Security No.:
    xxx–xx–7013

Employer's Tax I.D. No.:

---

### NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 8/6/26 at 10:00 AM

to consider and act upon the following:

*76* – Motion to Approve Loan Modification with Select Portfolio Servicing Filed by Robert C. Nisenson on behalf of Jonothan Foreman. Objection deadline is 07/15/2026. (Attachments: # 1 Proposed Order # 2 Certification # 3 Exhibit Loan Modification # 4 Certificate of Service) (Nisenson, Robert)

*78* – Objection to Motion to Approve Loan Modification (related document:76 Motion to Approve Loan Modification with Select Portfolio Servicing Filed by Robert C. Nisenson on behalf of Jonothan Foreman. Objection deadline is 07/15/2026. (Attachments: # 1 Proposed Order # 2 Certification # 3 Exhibit Loan Modification # 4 Certificate of Service) filed by Debtor Jonothan Foreman) filed by Marie–Ann Greenberg on behalf of Marie–Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie–Ann)

Dated: 7/2/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

| In re: | Case No. 25-21342-VFP |
|---|---|
| Jonothan Foreman | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 02, 2026 | Form ID: ntchrgbk | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jonothan Foreman, 24 Mountain Avenue, West Orange, NJ 07052-5033 |
| cr | | Bankruptcy Unit new Jersey Division of Taxation, 50 Barrack Street, 9th Floor, P.O. Box 245, Trenton, NJ 08695-0267 |
| r | + | Lim Bances Realty, 24 Mountain Ave, West Orange, NJ 07052-5033 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2026              Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH3 Asset Backed Pass-Through Certificates, Series 2007-CH3 bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Robert C. Nisenson | on behalf of Debtor Jonothan Foreman r.nisenson@rcn-law.com doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com |
| Timothy Maganga Kawira | on behalf of Creditor Bankruptcy Unit new Jersey Division of Taxation timothy.kawira@law.njoag.gov |
| U.S. Trustee | |

District/off: 0312-2                              User: admin                                    Page 2 of 2
Date Rcvd: Jul 02, 2026                          Form ID: ntchrgbk                              Total Noticed: 3

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5