**ROBERT C. NISENSON, L.L.C.**
10 Auer Court
East Brunswick, New Jersey 08816
(732) 238-8777
Attorneys for Debtor
Robert C. Nisenson, Esq.
Attorney No.: RCN 6680

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | : | Case: 25-21342 VFP |
| | : | Chapter 13 |
| **JONOTHAN FOREMAN** | : | |
| | : | **SUPPLEMENTAL** |
| Debtor. | : | **CERTIFICATION TO APPROVE** |
| | : | **A LOAN MODIFICATION AND** |
| | : | **TO CANCEL REAL ESTATE** |
| | : | **CONTRACT** |
| | : | |
| | : | |

I, JONOTHAN FOREMAN, hereby certify as follows:

1.      I am the Debtors herein the within Chapter 13 bankruptcy proceeding. As such, I am fully familiar with the facts and circumstances set forth herein. I submit this certification in support of Debtor's motion to approve a Loan Modification with Select Portfolio Servicing, Inc. and other relief.

2.      On October 24, 2025, the Debtor filed a Voluntary Petition under Chapter 13 of the United States Bankruptcy Code.

3.      On July 1, 2026, the Debtor filed a Motion to Approve a Loan Modification and Cancel Real Estate Contract.

4.      At this time, both the Debtor and the Purchasers have reached an agreement with the contract to terminate the agreement.

5.      The Debtor has agreed to repay the Purchasers for expenses incurred in the amount of $3,000 over six (6) months.

6.      The Debtor no longer needs the Court to make a determination on this real estate issue.

7.      The Debtor requests that the court approve the loan modification agreement.

8.      There is no prejudice to any creditor.

I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: July 22, 2026

/s/ JONOTHAN FOREMAN
JONOTHAN FOREMAN