UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2 (c)**

In the Matter of
Robert C. Nisenson, LLC
10 Auer Court
East Brunswick, New Jersey 08816
Attorney for Debtor
(732) 238-8777
Robert C. Nisenson
RCN 6680

**Order Filed on August 13, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

Jonothan Foreman

Debtor.

Case No.: 25-21342

Chapter: 13

Hearing Date: 8/6/2026

Judge: VFP

**ORDER ON MOTION FOR AUTHORIZATION**
**TO ENTER INTO A LOAN MODIFICATION AGREEMENT**

The relief set forth on the following pages is **ORDERED**.

**DATED: August 13, 2026**

Vincent F. Papalia
Honorable Vincent F. Papalia
United States Bankruptcy Judge

The Court having reviewed the Motion to Approve a Loan Modification, as to the first mortgage concerning real property located at 24 Mountain Avenue, West Orange, New Jersey 07052, and the Court having considered any objections filed to such motion, it is hereby ORDERED that:

□ The debtor is authorized to enter into a Loan Modification agreement.

1) The Loan Modification Agreement must be fully executed no later than 14 days from the date of this order. If it is not, the secured creditor, within 14 days thereafter, must file with the Court and serve on the debtor, debtor's attorney, if any, and the standing trustee a Certification indicating why the agreement was not fully executed. A response by the debtor, if any, must be filed and served within 7 days of the filed date of the secured creditor's Certification; and

2) The Chapter 13 shall not disburse any funds to the Secured Creditor. The Secured Creditor will withdraw claim 3-1 within 30 days.

3) Check one:

√ There is no order requiring the debtor to cure post-petition arrears through the Plan; or

□ Post-petition arrears have not been capitalized into the loan modification agreement, and the Standing Trustee will continue to make payments to the secured creditor based on the Order filed on _______________; and

4) If fees and costs related to a Loan Modification Agreement are sought by the debtor's attorney, an Application for Compensation in compliance with D.N.J. LBR 2016-1 must be filed.

5) Debtor shall not be obligated to file an amended plan or amended Schedules I & J.

□ The Motion for Authorization to Enter into Final Loan Modification Agreement is denied.