UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robert C. Nisenson, LLC
10 Auer Court
East Brunswick, NJ 08816
(732) 238-8777
(732) 238-8758 (fax)
RCN 6680

In Re:

JONOTHAN FOREMAN

Case No.: 25-21342

Chapter: 13

Adv. No.: ____________

Hearing Date: ____________

Judge: VFP

# CERTIFICATION OF SERVICE

1. I, Doreen Lopez :

☐ represent ______________________________ in the this matter.

☒ am the secretary/paralegal for Debtor, who represents ______________________________ in the this matter.

☐ am the ______________________ in the this case and am representing myself.

2. On 8/26/26, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

Signed Order to Approve Loan Modification

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 8/26/26

/s/ Doreen Lopez
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg, Trustee<br>30 Two Bridges Road<br>Suite 330<br>Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other ______________________<br>(as authorized by the court *) |
| Attention: Officer/Managing Agent/President<br>Deutsche Bank National Trust<br>c/o Select Portfolio Servicing, Inc.<br>P.O. Box 65250 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ______________________<br>(as authorized by the court *) |
| Attention: Officer/Managing Agent/President<br>Tim O'Brien, CEO<br>Select Portfolio Servicing<br>3815 West Temple<br>Salt Lake City, UT 84115-4412 | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ______________________<br>(as authorized by the court *) |
| Attention: Officer/Managing Agent/President<br>KML Law Group, PC<br>701 Market St., Suite 5000<br>Philadelphia, PA 19106 | Creditors Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ______________________<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Law Office of Casey M. Egger, Esq.<br>446 Morris Ave., 1st Floor<br>Springfield, NJ 07081 | Attorney for Buyer | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ______________________<br>(as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ______________________<br>(as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ______________________<br>(as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ______________________<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ______________________<br>(as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ______________________<br>(as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ______________________<br>(as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ______________________<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*rev.8/1/15*